

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAVID MONELL

Defendant.

INDICTMENT

3:12-cr- 291 (TJM)

VIO: 18 U.S.C. § 242
(Felony)

[County of Offense: Tioga]

THE GRAND JURY CHARGES THAT:

[DEPRIVATION OF RIGHTS UNDER COLOR OF LAW]

On or about June 21, 2010, in Tioga County, in the State and Northern District of New York, **DAVID MONELL**, the defendant herein, who was then employed as a Corrections Lieutenant at the Tioga County Jail in Owego, New York, while acting under color of the laws of the State of New York, did knowingly and willfully physically strike and assault David Coffey, a pretrial detainee housed at the Tioga County Jail, resulting in bodily injury to David Coffey, thereby willfully depriving David Coffey of the right, preserved and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right to be free from excessive force amounting to punishment.

In violation of Title 18, United States Code, Section 242.

Dated: June 6, 2012
   At: Binghamton, New York

                          A TRUE BILL

                          FOREPERSON OF THE GRAND JURY

                          RICHARD S. HARTUNIAN
                          UNITED STATES ATTORNEY

By:   Kevin P. Dooley
       Assistant U.S. Attorney
       Bar Roll No. 302263